ACCEPTED
01-15-00197-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 3:35:24 PM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00197-CV

**IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 3:35:24 PM
CHRISTOPHER A. PRINE
Clerk

**LETICIA LOYA,**
*Appellant,*

**V.**

**IAN TAYLOR, JACOBUS STERKEN, STICHTING TINSEL GROUP, VITOL
HOLDING II S.A., AND TINSEL GROUP, S.A.,**
*Appellees.*

Appeal from the 190th Judicial District Court, Harris County, Texas
Trial Court Cause No. 2012-33464

## MOTION DEMONSTRATING PROOF OF PAYMENT TO COURT REPORTER AND REQUESTING RELIEF PURSUANT TO RULE 37

## TO THE HONORABLE FIRST COURT OF APPEALS:

LETICIA LOYA, Appellant, demonstrates her proof of payment to the court reporter in the above-referenced cause number, and respectfully states:

1. Counsel for Appellant has been informed that the court reporter's record has not been filed in the above-referenced cause of action. Counsel wishes to advise the Court that counsel has filed a notice of appeal; requested that the reporter's record be prepared; and paid for the

1

preparation of the reporter's record, and in fact that check has already been cashed on March 30, 2015. *See Exhibit A (Notice of Appeal); Exhibit B (March 12, 2015 Request for Record); and Exhibit C (Endorsed Check in the Amount of $160.00 paid 3/30/15).* Additionally, counsel's staff has made multiple attempts at follow-up contact without success. *See Exhibit D (Follow-up Communications on 3/27/15, 4/1/15, and 4/8/15).*

2. Counsel for Appellant has met her obligations under Rule 35.3(b). Tex. R. App. P. 35.3(b). *See also Aguero v. Aguero*, 225 S.W.3d 236, 237 (Tex. App.—El Paso 2006, no pet.). Counsel understands this Court's staff has also diligently sought filing of the record and made thorough attempts at communication without success. While Counsel is confident that the failure to file the report may be likely inadvertent or the result of extenuating circumstances, Counsel is forced to respectfully request that the Court make whatever order is appropriate to avoid further delay and to preserve the parties' rights pursuant to Rule 37.3(a)(1). TEX. R. APP. P. 37.3(a)(1).

For these reasons, LETICIA LOYA, Appellant, requests that this Court note Appellant's payment and fulfillment of her duties under Rule 35, and make whatever order the Court deems appropriate to avoid further delay and

2

to preserve the parties' rights pursuant to Rule 37.3(a)(1). Appellant also requests any other relief to which she may be entitled.

Respectfully submitted,

**PROVOST ★ UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8682 (FAX)


By: /s / Jennifer Job
　　　Jennifer Job
　　　Texas State Bar No. 24050682
　　　James Payne
　　　Texas State Bar No. 00788171
**ATTORNEYS FOR APPELLANT**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion demonstrating proof of payment to court reporter has been sent to all known counsel of record as well as Ms. Patricia Palmer, via e-mail and via certified mail #7004 1350 0000 4623 5934 on April 8, 2015.


/s / Jennifer Job
Jennifer Job

# EXHIBIT A

| LETICIA B. LOYA | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HARRY L. TINDALL, | § | |
| INDIVIDUALLY, | § | |
| AND TINDALL & ENGLAND | § | |
| | § | |
| Defendants. | § | 190th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Leticia B. Loya, Plaintiff in the above-named case, hereby appeals to the First or the Fourteenth Houston Court of Appeals from the district court's order granting the Amended Motions to Dismiss Based on Mandatory Forum Selection Clauses of Vitol, Inc., Michael Metz, and Antonio Maarraoui signed December 9, 2014; as well as the district court's order granting Miguel Loya's Motion to Dismissed Based on a Mandatory Forum Selection Clause signed January 15, 2015.[1]

---

[1] The District Court signed the Order of Severance rendering these final and appealable orders on January 26, 2015 and an Amended Severance Order clarifying the docket number.

1

Respectfully submitted,

**PROVOST ★ UMPHREY LAW FIRM, L.L.P.**
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
(409) 835-6000
(409) 813-8605 (FAX)


By:___/s/ Jennifer Job_____
            Jennifer Job
            State Bar No. 24050682
            James E. Payne
            State Bar No. 00788171

            ATTORNEY FOR PLAINTIFF


<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished to all known counsel of record via EFILE and/or certified mail, return receipt requested on this 25th day of February, 2015.


            _____/s/ Jennifer Job_____
            Jennifer Job

# EXHIBIT B

## Genia Marks

**From:** Genia Marks
**Sent:** Thursday, March 12, 2015 11:20 AM
**To:** 'Patricia A. Palmer'
**Subject:** Reporter's Record Cause No. 2012-33464-A

Ms. Palmer,

We received notice from the Court of Appeals (Cause No. 01-15-00197-CV) stating that the reporter's record is due to be filed on or before March 16th. Please advise our office of the charge and to whom the check needs to be issued. Thank you for your prompt attention to this matter and I ask that you do not hesitate to contact me with any questions or concerns.

Genia Marks
Legal Assistant to James E. Payne
Provost Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
409/835-6000
Fax: 409/813-8605

1

# EXHIBIT C

## Online Imaging

| Account Number | Amount | Paid Date |
|---|---|---|
| 3620493650 | 160.00 | 03/30/2015 |

The Front Image: Print

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

Provost & Umphrey Law Firm, L.L.P.
P.O. Box 4905
Beaumont, TX 77704-4905
409-835-6000

Capital One – Client Financed Expense         094336
Endorse exactly as "Pay to the Order of"
(Not valid after 90 days)

Pay Exactly   One hundred sixty and 00/100 Dollars

Date          Amount
3/16/15       ***$160.00

Pay to the Order Of
Patricia Palmer                    ppor
1919 S. Kirkwood, Apartment 141
Houston TX 77077

Two (2) signatures required

⑈094336⑈ ⑈111901014⑈ 362 04 93650⑈

The Back Image: Print

# EXHIBIT D

| | |
|---|---|
| **From:** | Genia Marks |
| **Sent:** | Wednesday, April 08, 2015 11:22 AM |
| **To:** | Genia Marks; 'Patricia A. Palmer' |
| **Subject:** | RE: Reporter's Record Cause No. 2012-33464-A |

**Importance:** High

Patricia,

I received a call from the 1st COA regarding the reporter's record that needs to be filed in Cause No. 01-15-00197-CV. Please advise when you expect to have same filed.

Thanks,

Genia Marks
Legal Assistant to James E. Payne
Provost Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
409/835-6000
Fax: 409/813-8605

---

**From:** Genia Marks
**Sent:** Wednesday, April 01, 2015 9:01 AM
**To:** Genia Marks; 'Patricia A. Palmer'
**Subject:** RE: Reporter's Record Cause No. 2012-33464-A
**Importance:** High

Patricia,

Just following up on the below.

Thanks,

Genia Marks
Legal Assistant to James E. Payne
Provost Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
409/835-6000
Fax: 409/813-8605

---

**From:** Genia Marks
**Sent:** Friday, March 27, 2015 8:27 AM

**To:** 'Patricia A. Palmer'
**Subject:** RE: Reporter's Record Cause No. 2012-33464-A
**Importance:** High

Good morning Ms. Palmer,

Please advise if the Reporter's Record has been filed with the Court of Appeals (Cause No. 01-15-00197-CV) Thank you for your prompt attention to this matter and I look forward to hearing from you soon.

Genia Marks
Legal Assistant to James E. Payne
Provost Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
409/835-6000
Fax: 409/813-8605

**From:** Patricia A. Palmer [mailto:patriciapalmercsr@aol.com]
**Sent:** Monday, March 16, 2015 9:16 AM
**To:** Genia Marks
**Subject:** Re: Reporter's Record Cause No. 2012-33464-A

The total cost for the record is $160

Please make check or money order payable to:

Patricia Palmer
1300 Wilcrest Drive
Apartment No. 315
Houston, Texas 77042

-----Original Message-----
From: Genia Marks <GMarks@provostumphrey.com>
To: 'Patricia A. Palmer' <patriciapalmercsr@aol.com>
Sent: Thu, Mar 12, 2015 1:16 pm
Subject: RE: Reporter's Record Cause No. 2012-33464-A

Please see attached. If you have any questions or need any additional information, please do not hesitate to contact me.

Genia Marks
Legal Assistant to James E. Payne
Provost Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
409/835-6000
Fax: 409/813-8605

2

**From:** Patricia A. Palmer [mailto:patriciapalmercsr@aol.com]
**Sent:** Thursday, March 12, 2015 12:48 PM
**To:** Genia Marks
**Subject:** RE: Reporter's Record Cause No. 2012-33464-A

Can you please provide me with the notice. Thanks!


Sent from AOL Mobile Mail

---

On Thursday, March 12, 2015 Genia Marks <GMarks@provostumphrey.com> wrote:

Ms. Palmer,


We received notice from the Court of Appeals (Cause No. 01-15-00197-CV) stating that the reporter's record is due to be filed on or before March 16th. Please advise our office of the charge and to whom the check needs to be issued. Thank you for your prompt attention to this matter and I ask that you do not hesitate to contact me with any questions or concerns.


Genia Marks

Legal Assistant to James E. Payne

Provost Umphrey Law Firm, LLP

490 Park Street

P.O. Box 4905

Beaumont, Texas 77704

409/835-6000

Fax: 409/813-8605

This e-mail and any files transmitted with it is confidential and is intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by the Attorney-Client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately return this e-mail to the sender or to postmaster@provostumphrey.com. Thank you.

3